PD-0599-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/10/2015 3:48:48 PM
Accepted 12/11/2015 8:51:48 AM
ABEL ACOSTA
CLERK

**PD-0599-15**

| | | |
|---|---|---|
| **MARK TWAIN SIMPSON** | § | **IN THE TEXAS** |
| | § | |
| **v.** | § | **COURT OF** |
| | § | |
| **THE STATE OF TEXAS** | § | **CRIMINAL APPEALS** |

## PETITIONER'S MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES** Petitioner-Appellee Mark Twain Simpson, and submits this motion for leave of court to file a reply brief. In support thereof, Simpson would show the following:

### I.

Simpson filed a brief in the above-listed matter in this Court on November 9, 2015. On December 9, 2015, the State filed its response.

### II.

The State's brief does not address the issue raised in Simpson brief. Instead, the State again attempts to re-litigate the issue already properly decided by the trial court. Simpson's reply brief both clarifies this for this Court and explains why the State's failure to address the

issue raised in Simpson's brief reveals its merit.

Accordingly, Appellant prays that this motion for leave of court to file reply brief be granted.

Respectfully submitted,


_____/s/ Bruce Anton_____
BRUCE ANTON
Bar Card No. 01274700
ba@sualaw.com


_____/s/ Brett Ordiway_____
BRETT ORDIWAY
Bar Card No. 24079086
bordiway@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
(214)-468-8100 (office)
(214)-468-8104 (fax)

*Attorneys for Petitioner-Appellee*

## Certificate of Service

I, the undersigned, hereby certify that a true and correct copy of the foregoing Appellant's Motion for Leave of Court to File Reply Brief was electronically served to the Dallas County District Attorney's Office and the State Prosecuting Attorney on December 10, 2015.


/s/ Bruce Anton
BRUCE ANTON
Bar Card No. 01274700
ba@sualaw.com